## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| RONALD P. SIMARD,           )<br>                              )<br>        Plaintiff,          )<br>                              )<br>    v.                        )      **Case No.: 1:10-cv-11009**<br>                              )<br>LVNV FUNDING, LLC,           )<br>and                           )<br>SOLOMON & SOLOMON, PC,    )<br>                              )<br>        Defendants.         | |

### STIPULATION TO DISMISS

TO THE CLERK:

It is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff, Ronald P. Simard, and the undersigned attorneys for Defendant, LVNV Funding, LLC that the above-entitled action is discontinued and the complaint dismissed with prejudice as to the Defendant, LVNV Funding, LLC, without cost to either party.

/S/ Andrew M. Schneiderman            /S/ Craig Thor Kimmel
Andrew M. Schneiderman, Esquire       Craig Thor Kimmel, Esquire
Attorney for the Defendant            Attorney for the Plaintiff
LVNV, only                            Attorney ID:  662924
Attorney ID:  666252

Date: November 17, 2010               Date: November 17, 2010

BY THE COURT:

_____
                                                          J.