# United States District Court
# District of Massachusetts

RONALD P. SIMARD,
    Plaintiff,

v.                             CIVIL ACTION NO. 10-11009-NMG

LVNV FUNDING, LLC,
SOLOMON & SOLOMON, P.C.,
    Defendants.

## *REPORT AND RECOMMENDATION ON DEFENDANT SOLOMON AND SOLOMON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, MOTION FOR FEES UNDER SECTION 15 USC SECTION 1692K OR 28 USC SECTION 1927 (#13)*

COLLINGS, U.S.M.J.

### I. Introduction

Ronald P. Simard ("Plaintiff") filed a two count complaint (#1) against

LVNV Funding, LLC ("LVNV") and Solomon & Solomon, P.C. ("Defendant") on

*[handwritten: After consideration of plaintiff's objections thereto, Report and Recommendation accepted and adopted.*

*NM Gorton, USDJ 9/28/11]*