# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No:10-11009-NMG

Ronald P. Simard

v.

Solomon & Solomon, P.C.

## ORDER OF DISMISSAL

**GORTON, D.J.**

In accordance with this Court's adoption on 9/28/2011 of the Magistrates Judge's Report and Recommendation of dismissal, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 /s/ Christine M. Patch
Deputy Clerk

October 26, 2011

To: All Counsel